IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,                                                          No. C 10-01810 JSW

    v.

ROMARICO SALVADOR. MIRANDA, et al.,      **ORDER OF REFERRAL**

    Defendants.
_____/

    Pursuant to Northern District Civil Local Rule 72-1, Plaintiff's Motion for Default Judgment is HEREBY REFERRED to a randomly assigned Magistrate Judge, and the hearing set for October 15, 2010 before this Court is VACATED.  If the parties do not hear from the Court regarding an assignment within fourteen (14) days of the date of this Order, they should contact the Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

    The Court FURTHER ORDERS that the case management conference scheduled for September 17, 2010 is VACATED.

    **IT IS SO ORDERED.**

Dated: September 8, 2010

                                                            JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE

cc:     Susan Imbriani