UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>ROMARICO S. MIRANDA,<br><br>　　　　Defendant(s).<br>_____/ | No. C-10-01810 JSW (DMR)<br><br>**NOTICE OF REFERENCE AND ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　The above matter has been referred to Magistrate Judge Donna M. Ryu for a report and recommendation on Plaintiff's Motion for Default Judgment. Please be advised that the noticed date for the motion filed before the District Court prior to this referral is no longer in effect. You are hereby notified that the hearing is rescheduled for **December 9, 2010 at 11:00 a.m.**, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. Any opposition to the motion shall be filed and served no later than twenty-one (21) days prior to the hearing. Any reply to the opposition(s) shall be filed and served no later than fourteen (14) days prior to the hearing.

　　　　**Immediately upon receipt of this Notice and Order, Plaintiff J&J Sports Productions shall serve this Notice and Order upon Defendant Romarico S. Miranda, and shall e-file a proof of service on the same day that service is effected.**

LAW AND MOTION PROCEDURES

1.      All filings of documents relating to motions referred to Magistrate Judge Ryu shall list the civil case number and the district court judge's initials followed by the designation "(DMR)."

CHAMBERS COPIES AND PROPOSED ORDERS

2.      Under Civil L.R. 5-1(b), parties must lodge an extra paper copy of any filing and mark it as a copy for "Chambers."  Chambers copies shall be printed on three-hole punch paper (including all exhibits) and submitted to the Oakland Clerk's Office in an envelope clearly marked with the case number,"Magistrate Judge Donna M. Ryu," and "Chambers Copy." In a case subject to electronic filing, chambers copies must be submitted by the close of the next court day following the day the papers are filed electronically.  Any proposed stipulation or proposed order in a case subject to electronic filing shall be submitted by email to dmrpo@cand.uscourts.gov as a word processing format attachment on the same day that the document is e-filed.  This address is to be used only for proposed orders unless otherwise directed by the Court.

IT IS SO ORDERED.

Dated: September 20, 2010

DONNA M. RYU
United States Magistrate Judge

2