UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS,<br><br>        Plaintiff,<br><br>  v.<br><br>ROMARICO S. MIRANDA,<br><br>        Defendant.<br>_____/ | No. C-10-01810 JSW (DMR)<br><br>**ORDER RE SERVICE OF COURT ORDER** |

On September 20, 2010, this Court issued a Notice of Reference and Order Setting Hearing on Plaintiff's Motion for Default Judgment, setting a hearing on Plaintiff J&J Sports Productions' Motion for Default Judgment for December 9, 2010 at 11:00 a.m., in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. *See* Docket No. 16. The Court ordered Plaintiff J&J Sports Productions to serve the Notice and Order upon Defendant Romarico S. Miranda, and to e-file a proof of service on the same day that service was effected.

The Court notes that Plaintiff has failed to comply with the Court's order to file a proof of service with the Court. **Plaintiff is therefore ordered to immediately comply with the Court's previous order and e-file a proof of service. If Plaintiff has not served the Court's September 20, 2010 Order on Defendant, Plaintiff is ordered to serve the Order on Defendant by Express**

**Mail no later than December 3, 2010 and to e-file a proof of service on the same day that service is effected.**

IT IS SO ORDERED.

Dated: December 2, 2010



_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2