IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 10-01810 JSW |
| Plaintiff, | |
| v. | **ORDER GRANTING EXTENSION OF TIME FOR SERVICE, SETTING CASE MANAGEMENT CONFERENCE, AND DIRECTING CLERK TO SET ASIDE ENTRY OF DEFAULT** |
| ROMARICO SALVADOR. MIRANDA, et al., | |
| Defendants. | |

In response to the order to show cause entered on January 6, 2011, Plaintiff's counsel filed a timely response representing to the Court that he determined sometime around December 15, 2010, that Defendant Miranda had not been served. (Doc. No. 31.) Plaintiff's counsel represents that based on this determination, he withdrew the application for default judgment and declaration for attorneys' fees and costs. Plaintiff's counsel also represents that process servers re-attempted service and that service was perfected on January 11, 2011. Based on the representations of counsel, the order to show cause is hereby discharged.

Plaintiff further requests that the Court direct the clerk to set aside the entry of default and grant an extension of time for service of process. (Doc. No. 30.) For good cause shown, the Court grants Plaintiff's request. Pursuant to Federal Rule of Civil Procedure 4(m), the Court hereby extends the time for service to and including January 11, 2011.

A case management conference is hereby set for April 22, 2011, at 1:30 p.m. in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties must comply with the requirements set forth in the Court's Order Setting Case Management

Conference. Plaintiff must serve copies of this Order immediately on all parties to this action and file a certificate reflecting such service.

The clerk is directed to set aside the entry of default previously entered on August 5, 2010.

**IT IS SO ORDERED.**

Dated: January 24, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE