United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,           No. C-10-1810-JSW (DMR)

    Plaintiff,                               **ORDER REGARDING SUPPLEMENTAL INFORMATION**

  v.

ROMARICO SALVADOR MIRANDA, et al.,

    Defendants.
_____/

Having reviewed Plaintiffs' renewed Motion for Default Judgment (Docket No. 35), this Court hereby orders Plaintiffs to submit supplemental information in support of the Motion as follows, **no later than May 4, 2011:** A further declaration clarifying which entity or entities may license the event at issue. *See J & J Sports Productions, Inc. v. Cal City Post No. 476*, No. 10-cv-0762 AWI, 2010 WL 4898484 (E.D. Cal. Nov. 23, 2010) (default judgment denied where plaintiff did not demonstrate that it had the right to license broadcasting of program allegedly pirated). As "facts which are not established by the pleadings...or claims which are not well-pleaded, are not binding and cannot support the [default] judgment," any additional facts attested to in Plaintiff's supplemental declaration shall be subject to further examination by the Court. *See Danning v. Lavine*, 572 F.2d 1386, 1388 (9th Cir. 1978).

    Immediately upon receipt of this Order, Plaintiffs shall serve a copy of this Order on

Defendants Romarico Salvador Miranda, et al. and shall e-file a proof of service on the same day that service is effected. At the same time Plaintiff's supplemental information as ordered herein is submitted to the Court, Plaintiff shall serve Defendants with a copy of the supplemental information and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: April 20, 2011

DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2