UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C-10-1810-JSW (DMR) |
| Plaintiff, | **ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND TO SUBMIT ADDITIONAL INFORMATION** |
| v. | |
| ROMARICO SALVADOR MIRANDA, et al., | |
| Defendants. | |

You are hereby notified that the hearing on the Motion for Default Judgment is set for **June 30, 2011 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

Plaintiff is hereby ordered to submit an accounting sufficient to support an award of reasonable fees and costs for litigating this action by **no later than June 10, 2011.** Plaintiff's counsel should "make a good faith effort to exclude from a fee request hours that are excessive,

redundant, or otherwise unnecessary." *Hensley v. Eckerhart*, 461 U.S. 424, 434, (1983); *see also* U.S.Dist. Ct. Rules N.D.Cal., Civil L.R. 54-5.

Immediately upon receipt of this Order, Plaintiffs shall serve a copy of this Order on Defendants Romarico Salvador Miranda, et al. and shall e-file a proof of service on the same day that service is effected. At the same time Plaintiff's supplemental information as ordered herein is submitted to the Court, Plaintiff shall serve Defendants with a copy of the supplemental information and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: May 26, 2011

DONNA M. RYU
United States Magistrate Judge

2