IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS,<br><br>    Plaintiff,<br><br>  v.<br><br>ROMARICO S. MIRANDA,<br><br>    Defendant.                            / | No. C 10-01810 JSW<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

On August 2, 2011, Plaintiff filed a notice of the bankruptcy petition filed by Defendant Romarico Salvador Miranda. Actions against Defendant were automatically stayed upon filing of the Notice of Bankruptcy Filing. By virtue of the automatic stay, the Clerk of the Court is directed administratively to close the case for statistical purposes. The parties shall notify the Court within **ten (10) days** of the lifting of the bankruptcy stay, and this matter shall thereafter be reopened. Moreover, the Court HEREBY TERMINATES the pending motion for default judgment and the report and recommendation on this motion. This Order is without prejudice to Plaintiff refiling this motion after the stay is lifted.

**IT IS SO ORDERED.**

Dated: September 6, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE