# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br> Plaintiff, <br> v. <br> ROMARICO SALVADOR MIRANDA, <br> Defendant. | Case No.  10-cv-01810-JSW <br><br> **ORDER DIRECTING CLERK TO RE-OPEN CASE** |

On September 6, 2011, the Court administratively closed this case for statistical purposes, pursuant to a Notice of Bankruptcy. On January 19, 2012, Plaintiff filed a notice of voluntary dismissal.

It is HEREBY ORDERED that the Clerk shall re-open this case for the limited purpose of closing it pursuant to the Notice of Voluntary dismissal.

**IT IS SO ORDERED.**

Dated: August 12, 2015

JEFFREY S. WHITE
United States District Judge